43 So.2d 424
**Barney GRAY v. William McKINLEY et al.**
**6 Div. 987.**

Supreme Court of Alabama.
Dec. 22, 1949.

H. P. Lipscomb, Jr., and L. H. Etheridge, of Bessemer, for petitioner.

McEniry, McEniry & McEniry, of Bessemer, opposed.

LAWSON, Justice.

Petition of Barney Gray, doing business as Barney Gray Tin Shop, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Gray v. McKinley et al., Ala. App., 43 So.2d 421.

Writ denied.

BROWN, FOSTER and STAKELY, JJ., concur.